UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN YOUNG, et al.<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No: 16-cv-01046-TFH |

NOTICE

Plaintiff's filing of proposed protective order

During the October 4, 2016 teleconference tis Court ordered the parties to attempt to negotiate a joint protective order and failing that to submit separate proposed protective orders in about a week.

Plaintiff submitted a proposed protective order to defendants on Wednesday but defendants state by email at about 5 pm that "at this time I do not believe the parties will be able to agree such that we would be able to submit a joint proposed protective order." Defendants also state they will file a proposed protective order by week's end.

But, defendants also state they will not produce responses (beyond objections) to plaintiff's discovery requests until after the Court enters a Protective Order.

This situation puts plaintiff in a Catch 22 situation because defendants will not timely comply with the Court's order to submit a proposed protective order and the defendants will not make productions until after a protective order is ordered. The defendants would not produce Officer Onoja pursuant to a deposition notice without a Court order which necessitated an extension of the discovery deadline. The parties re-negotiated deposition dates but plaintiff needs the discovery responses for the depositions.

Respectfully submitted

/s/William Claiborne
D.C. Bar #446579
Counsel for plaintiffs

2020 Pennsylvania Ave., N.W.
Suite 395
Washington, D.C. 20006
Phone 202/824-0700
Email clairbornelaw@gmail.com