UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHAN YOUNG,

        Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

        Defendants.

Civil Action No. 16-01046 (TFH)

## ORDER

In accordance with matters discussed during the telephone hearing held on February 7, 2017, it hereby is

**ORDERED** that Plaintiff's Motion for Extension of Time for Discovery [ECF No. 21] is **GRANTED**. The fact discovery deadline is extended to March 31, 2017, and the defendants shall produce "Approval History" data identifying the approving supervisor(s) for each arrest record on or before February 21, 2017. It further is

**ORDERED** that Defendant District of Columbia's Motion to Compel Plaintiff's Production of His Medical Records and Signed Medical Release Authorizations [ECF No. 22] is **GRANTED IN PART AND DENIED IN PART**. The plaintiff shall produce all medical records for a period of five (5) years before the occurrence up to and including the present date that are relevant to the plaintiff's claimed physical injuries to his wrist and shoulder.[1] The Court finds that the plaintiff has not waived the psychotherapist/patient privilege by claiming "garden variety" emotional distress damages, so the District's request for the plaintiff's mental health

---

[1] The plaintiff may produce either his medical records or signed medical release authorizations.

- 2 -

records is denied.  *See, e.g., Porter v. Pinkerton Gov't Servs., Inc.*, 304 F.R.D. 24, 29-31 (D.D.C. 2014); *St. John v. Napolitano*, 274 F.R.D. 12, 17-21 (D.D.C. 2011).

**SO ORDERED.**

February 7, 2017

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE