## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-CV-1046 (TFH) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JOINT NOTICE OF SETTLEMENT

The parties, by and through counsel, hereby notify the Court that the Plaintiff and the District of Columbia have settled this case on behalf of all parties. The December 19, 2018 Motions' hearing shall be vacated. The parties will file a Joint Praecipe of Dismissal upon completion of the settlement paperwork.

Dated: December 18, 2018              Respectfully Submitted,

*/s/ William Claiborne*_____
WILLIAM CLAIBORNE, ESQ.
D.C. Bar No. 446579
717 D Street, NW, #300
Washington, DC 20004
202-824-0700
clairbornelaw@gmail.com


*/s/Joseph Scrofano*_____
JOSEPH SCROFANO, ESQ.
D.C. Bar No. 994083
Scrofano Law P.C.
406 5th Street NW, Suite 100
Washington, DC 20001, USA
Phone  (202) 870-0889

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Patricia A. Oxendine*_____
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Acting Assistant Deputy Attorney General/Chief,
Civil Litigation Division, Section I

*/s/ Charles J. Coughlin*_____
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
CHARLES J. COUGHLIN
D.C. Bar No. 1016993
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: (202) 724-6600; (202) 724-6608;
(202) 727-6295
Fax: (202) 715-8924; (202) 730-1887
Email: kerslyn.featherstone@dc.gov;
charles.coughlin@dc.gov

*Counsel for Defendants*

4